■ PAUL PAXHIA, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 81829.) [738 NYS2d 639] —Appeal from a judgment of the Court of Claims (Patti, J.), entered May 10, 2000, which granted defendant's motion to dismiss the claim after a nonjury trial.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at the Court of Claims, Patti, J. Present—Green, J.P., Scudder, Kehoe, Burns and Gorski, JJ.

■ MELISSA K. MATIJIW et al., Respondents, v NEW YORK CENTRAL MUTUAL FIRE INSURANCE COMPANY, Appellant. (Appeal No. 1.) [738 NYS2d 640] —Appeal from an order of Supreme Court, Monroe County (Siracuse, J.), entered July 6, 2001, which, inter alia, granted in part plaintiffs' cross motion for summary judgment.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988; *Chase Manhattan Bank v Roberts & Roberts,* 63 AD2d 566, 567; *see also,* CPLR 5501 [a] [1]). Present—Green, J.P., Scudder, Kehoe, Burns and Gorski, JJ.